FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D16-5704

_____

JOYCE FERRANTE,

Appellant,

v.

MARGUERITE HODGE,

Appellee.

_____

On appeal from the Circuit Court for Gilchrist County.
Monica J. Brasington, Judge.

March 22, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Joyce Ferrante, pro se, Appellant.

No appearance for Appellee.